IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION AND MIKE HOWELL,<br><br>　　　　Plaintiffs,<br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No.: 1:22-cv-03102-RBW |

**JOINT STATUS REPORT**

Plaintiffs, Heritage Foundation and Mike Howell, and Defendant, Department of Justice (Department), by and through their undersigned counsel, file this Joint Status Report in accordance with the Court's General Order for Civil Cases Before the Honorable Reggie B. Walton, *see* General Order at 4, and the Joint Meet and Confer Statement, ECF No. 4.

This is a Freedom of Information Act (FOIA) case. Plaintiffs' Complaint seeks records responsive to two separate FOIA requests from multiple components within the Department. The parties filed a Joint Meet and Confer Statement on November 28, 2022. That statement noted that "'[t]he Department has a decentralized system for responding to FOIA requests, with each component designating a FOIA office to process records from that component.'" Joint Meet and Confer Statement, at 1 (quoting 28 C.F.R. § 16.3(a)(1)). The statement indicated that one Department component had provided a partial response to one of Plaintiffs' FOIA requests, but that other searches were ongoing and the parties were still negotiating the scope of some searches. *Id.* at 1-2. Due to the ongoing searches and negotiations, the statement explained that the parties were not then in a position to propose a briefing schedule and requested that they be permitted to

submit a joint status report on December 22, 2022. The parties have further met and conferred and submit this Joint Status Report to update the Court.

Since the parties filed their Joint Meet and Confer Statement, relevant components have continued to search their respective records and the parties have continued to negotiate the scope of searches. At this time, Defendant anticipates that at least one component will be able to complete its review and provide a final response to Plaintiffs in January. Another component has now received the results of its initial keyword searches and is conducting a review of those results to identify potentially responsive records. That component anticipates that it will be in a position to propose a processing schedule by early January.

Other components' searches continue, and the parties anticipate that they may need to further negotiate the scope of some of those searches. The parties will require additional time before proposing schedules for any dispositive motions or for the production of the non-exempt portions of any responsive documents. Accordingly, the parties respectfully request that they be permitted to provide a further joint status report on January 24, 2023 to update the Court on the status of the case.

//
//
//
//
//
//
//

DATED: December 22, 2022 Respectfully submitted,

| | |
|---|---|
| */s/ Samuel Everett Dewey*<br>SAMUEL EVERETT DEWEY<br>(No. 99979)<br>Chambers of Samuel Everett Dewey, LLC<br>Telephone: (703) 261-4194<br>Email: samueledewey@sedchambers.com<br><br>ROMAN JANKOWSKI<br>(No. 975348)<br>The Heritage Foundation<br>Telephone: (202) 489-2969<br>Email: Roman.Jankowski@heritage.org<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Hilarie E. Snyder*<br>HILARIE E. SNYDER (D.C. Bar No. 464837)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 Street, N.W., Room 12010<br>Washington, D.C. 20005<br>Tel: (202)305-0747;Fax: (202)616-8470<br>hilarie.e.snyder@usdoj.gov<br><br>*Counsel for the Defendant* |