IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION AND MIKE HOWELL,<br><br>    Plaintiffs,<br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No.: 1:22-cv-03102-RBW |

## JOINT STATUS REPORT

Plaintiffs, Heritage Foundation and Mike Howell, and Defendant, Department of Justice (Department), by and through their undersigned counsel, file this Joint Status Report in accordance with the Court's February 23, 2023 Minute Order.

This is a Freedom of Information Act (FOIA) case. Plaintiffs' Complaint seeks records responsive to two separate FOIA requests from multiple components within the Department. The parties filed their most recent Joint Status Report on January 24, 2023.

Since the parties filed that Report, relevant components have continued to search their respective records, the parties have continued to negotiate the scope of searches, and some components have provided responses to Plaintiffs. The parties disagree regarding some next steps and have outlined their respective positions below.

**DEFENDANT'S STATEMENT**

Defendant contends that it has expeditiously worked to respond to Plaintiffs' FOIA requests and that the concerns Plaintiffs have identified below are unwarranted. From the start, all relevant Department components began processing Plaintiffs' July FOIA request even though

1

Plaintiffs themselves failed to properly transmit it to each component before filing suit. Defendant also completed what Plaintiffs then categorized as their most urgent search in November 2022. And last month, Defendant produced over one thousand pages of records and expects to do the same this month. Defendant has also worked cooperatively with Plaintiffs to craft searches, on limitation proposals, and, until now, scheduling.

Despite Plaintiffs' stated concerns, it appears that they intend to continue to work informally with Defendants on all matters, except perhaps with respect to the U.S. Marshals Service's production and the date of the next joint status report. Defendant has addressed more specifically below each of those disputed issues, along with updates from the individual components.

- The U.S. Marshals Service responded in part to Plaintiffs' FOIA request on February 14, 2023 and expects to provide its final response in March 2023. As explained to Plaintiffs, the U.S. Marshals Service is working diligently to get its final response out as soon as possible, and Defendant expects this issue to resolve itself in short order.

- The Civil Rights Division responded in full to Plaintiffs' FOIA requests on February 13, 2023.

- The Office of the Solicitor General responded in full to Plaintiffs' FOIA request on January 26, 2023.

- The Office of Information Policy (OIP), which processes FOIA requests on behalf of the Attorney General's Office, the Deputy Attorney General's Office, the Associate Attorney General's Office, and the Office of Legal Policy, issued its first response to Plaintiffs' FOIA requests on February 14, 2023, with the release, in full or in part, of over a thousand pages of records. OIP expects to issue monthly rolling responses, until complete, with the next response to

be issued on March 14, 2023. The volume of pages that OIP is able to process each month correlates to the complexity of the material involved. Given the lower complexity of the pages currently being processed by OIP, OIP anticipates that its March 14, 2023 response will again account for about a thousand pages.

- The Criminal Division completed its searches and is in the process of reviewing the results for responsiveness and de-duplication. The Criminal Division plans to provide Plaintiffs with an estimated processing and production schedule by April 10, 2023.

- The Office of Legal Counsel (OLC), which provided a partial response to a portion of Plaintiffs' FOIA requests in November 2022, has completed its initial search for records potentially responsive to the remaining portions of the FOIA requests. OLC is reviewing the documents for responsiveness and has also proposed a narrowing agreement, which Plaintiffs have accepted.

- The Executive Office for U.S. Attorneys (EOUSA), on behalf of the U.S. Attorney's Offices for the Districts of Maryland, District of Columbia, and Eastern District of Virginia, has completed its searches and is reviewing the documents for responsiveness. It anticipates producing the non-exempt portions of any responsive records from the U.S. Attorney's Office for the District of Columbia by April 28, 2023 and shortly thereafter providing an update to Plaintiffs with an estimated processing and production schedule for the remainder.

- The Federal Bureau of Investigation continues to search for responsive documents. Initial searches failed to identify responsive records, so the FBI has reached out to multiple internal divisions where records might reasonably be located for additional searches. The FBI expects to hear back from those divisions within the next 30 days.

- The Civil Division initiated a search and is awaiting results. It expects to complete the search by March 30, 2023.

In light of the current status, the parties will require additional time before proposing schedules for any dispositive motions and schedules for the completion of Defendant's responses to the FOIA requests. Accordingly, Defendant respectfully requests that the parties be permitted to provide a further joint status report on April 12, 2023, as opposed to the March 23 date Plaintiffs have requested. As noted above, Defendant has worked diligently to provide Plaintiffs with responses and this month expects to produce about 1000 pages. Defendant respectfully requests that the parties be allowed to continue to work together on these matters for another month, as they have successfully done until now. The additional time will allow for more meaningful discussion and additional progress on Plaintiffs' FOIA requests.

## **PLAINTIFFS' STATEMENT**

- <u>Regarding the U.S. Marshals Service</u>: Plaintiffs note that the USMS final production was expected on February 14, 2023 per an agreed upon schedule. *See* ECF No. 7, at 1 ("The U.S. Marshals Service will respond to Plaintiff's FOIA Request on or before February 14, 2023."). The Department indicated that the delay occurred due to an unanticipated event and indicated that they expected the USMS to complete their production prior to the next JSR being due—March 9, 2023. This was the Department's stated position until March 9, 2023 when the Department stated the production may be delayed by a day and the above language was proposed in a JSR. If the full production is not received by March 10, 2023, Plaintiffs intend to seek a status conference with the court to discuss the matter and seek resolution absent formal briefing.

- <u>Regarding the Office of Information Policy</u>: Plaintiffs have concerns over the lack of an agreed processing schedule for the remaining records. The Requests involve a matter of great

4

public interest that is the subject of on-going national reporting and vigorous policy debate as seen most recently in the Attorney General's testimony before the Senate Judiciary Committee on March 1, 2023. Indeed, DOJ has granted expedited processing to the July 2022 FOIA Request on the grounds that it concerns "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." 28 C.F.R. § 016.5(e)(1)(iv). Plaintiffs will continue to work to address the matter informally with the Department.

- <u>Regarding the Criminal Division</u>: Plaintiffs have concerns over the lack of any metrics concerning the Criminal Division's response and delay on providing a production schedule. The Criminal Division has not produced any records to date. The Requests involve a matter of great public interest that is the subject of on-going national reporting and vigorous policy debate as seen most recently in the Attorney General's testimony before the Senate Judiciary Committee on March 1, 2023. Indeed, DOJ has granted expedited processing to the July 2022 FOIA Request on the grounds that it concerns "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." 28 C.F.R. § 016.5(e)(1)(iv). Plaintiffs will continue to work to address the matter informally with the Department. Plaintiffs believe the prompt production of additional data from the Criminal Division is essential to this on-going process.

- <u>Regarding the Executive Office for the U.S. Attorneys</u>: Plaintiffs are concerned by the lack of metrics and proposed production schedule. The Requests involve a matter of great public interest that is the subject of on-going national reporting and vigorous policy debate as seen most recently in the Attorney General's testimony before the Senate Judiciary Committee on March 1, 2023. Indeed, DOJ has granted expedited processing to the July 2022 FOIA Request on

the grounds that it concerns "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." 28 C.F.R. § 016.5(e)(1)(iv). Plaintiffs will continue to work to address the matter informally with the Department.

- <u>Regarding the Federal Bureau of Investigation</u>: Plaintiffs have concerns over the lack of data and agreed processing schedule for the remaining records. The FBI has not produced any records to date. The Requests involve a matter of great public interest that is the subject of on-going national reporting and vigorous policy debate as seen most recently in the Attorney General's testimony before the Senate Judiciary Committee on March 1, 2023. Indeed, DOJ has granted expedited processing to the July 2022 FOIA Request on the grounds that it concerns "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." 28 C.F.R. § 016.5(e)(1)(iv). Plaintiffs will continue to work to address the matter informally with the Department.

- <u>Regarding the next joint status report</u>:  Plaintiffs request a deadline of March 23, 2023 to ensure the parties continue to work aggressively to resolve the issues herein.

//
//
//
//
//
//
//

DATED: March 9, 2023                                            Respectfully submitted,

| | |
|---|---|
| */s/ Samuel Everett Dewey*<br>SAMUEL EVERETT DEWEY<br>(No. 99979)<br>Chambers of Samuel Everett Dewey, LLC<br>Telephone: (703) 261-4194<br>Email: samueledewey@sedchambers.com<br><br>ROMAN JANKOWSKI<br>(No. 975348)<br>The Heritage Foundation<br>Telephone: (202) 489-2969<br>Email: Roman.Jankowski@heritage.org<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Hilarie E. Snyder*<br>HILARIE E. SNYDER (D.C. Bar No. 464837)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 Street, N.W., Room 12010<br>Washington, D.C. 20005<br>Tel: (202)305-0747;Fax: (202)616-8470<br>hilarie.e.snyder@usdoj.gov<br><br>*Counsel for the Defendant* |