UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-3102 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on June 21, 2023, via teleconference, it is hereby

**ORDERED** that, on September 18, 2023, at 3:00 p.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 22nd day of June, 2023.

REGGIE B. WALTON
United States District Judge