# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>  Defendant. | Civil Action No. 22-3102 (RBW) |
| HERITAGE FOUNDATION, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>  Defendant. | Civil Action No. 23-733 (RBW) |

## **ORDER**

Upon consideration of the parties' Joint Status Report in Heritage Foundation, et al., v. U.S. Department of Justice, Civil Action No. 22-3102, ECF No. 21, and Joint Status Report in Heritage Foundation, et al., v. U.S. Department of Justice, Civil Action No. 23-733, ECF No. 13, and it appearing to the Court that these cases involve identical parties and the same or similar subject matter as indicated in the plaintiffs' Notice of Related Case, see Notice of Related Case ("Pl.'s Not.") at 1, ECF No. 2, Heritage Foundation, et al., v. U.S. Department of Justice, Civil Action No. 23-733, it is hereby

**ORDERED** that <u>Heritage Foundation, et al., v. U.S. Department of Justice</u>, Civil Action No. 22-3102, is **CONSOLIDATED** with <u>Heritage Foundation, et al., v. U.S. Department of Justice</u>, Civil Action No. 23-733.[1]  It is further

**ORDERERD** that the parties shall make all future filings in <u>Heritage Foundation, et al., v. U.S. Department of Justice</u>, Civil Action No. 22-3102, and the Clerk of the Court shall refuse to accept any filings in <u>Heritage Foundation, et al., v. U.S. Department of Justice</u>, Civil Action No. 23-733.  It is further

**ORDERED** that, on or before July 5, 2024, the parties shall file a proposed joint briefing schedule governing further proceedings in this now consolidated case.

**SO ORDERED** this 26th day of June, 2024.

REGGIE B. WALTON  
United States District Judge

---

[1] If the parties believe that these cases should not be consolidated, they shall file a joint notice on the docket indicating their positions in regards to the Court's consolidation decision.