IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION AND MIKE HOWELL,<br><br>    Plaintiffs,<br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 22-3102 (RBW)<br><br>Civil Action No. 23-733 (RBW) |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

    Defendant Department of Justice ("Department") respectfully requests that the Court modify the briefing schedule on the parties' cross-motions for summary judgment in these consolidated cases. Under the schedule previously entered by this Court, the Department's motion for summary judgment, including the supporting *Vaughn* index, is due by October 3, 2024, Plaintiffs' combined cross-motion for summary judgment and opposition to the Department's motion is due by November 4, 2024; the Department's combined opposition to Plaintiffs' cross-motion and reply in support of its motion for summary judgment is due by December 6, 2024; and Plaintiffs' reply in support of their cross-motion is due by January 6, 2025. *See* ECF No. 25. The Department respectfully requests that the Court modify this briefing schedule to extend each deadline by 14 days, as follows:

| EVENT | PROPOSED MODIFIED DATE |
|---|---|
| Defendant's Motion for Summary Judgment, including supporting Vaughn Index and/or Declarations | October 17, 2024 |
| Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | November 18, 2024 |
| Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendant's Motion for Summary judgment | December 20, 2024 |
| Plaintiffs' Reply In Support of Cross-Motion for Summary Judgment | January 21, 2025 |

No party has previously requested or obtained an extension in either of these two consolidated cases. Granting the proposed extension will not affect any other previously scheduled deadlines in this case. Pursuant to Local Civil Rule 7(m), Defendant's counsel has conferred with Plaintiffs' counsel, who has stated that Plaintiffs consent to this modification.

Good cause exists to grant this motion, as follows:

1. Defendant's undersigned counsel was assigned this case in July 2024, after the parties submitted the current briefing schedule, when prior counsel took a position outside the Department.

2. In addition to other assignments, the undersigned has had due dates to respond to three dispositive, emergency, or otherwise time-sensitive filings between September 14 and September 27. The undersigned also underwent a medical procedure on September 13, 2024. These scheduling conflicts have inhibited counsel's ability to prepare a summary judgment brief in these FOIA cases.

3. A short, two-week extension of the briefing deadlines in these cases will not materially affect the resolution of this matter. This Court has set May 6, 2025, as a "target date

for resolution of the parties' cross-motions for summary judgment." ECF No. 25 at 2 n.1. Under the proposed schedule, briefing of the parties' cross-motions would be completed by January 21, 2025.

For the foregoing reasons, Defendant respectfully asserts good cause for this modification of the briefing schedule.

DATED: September 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Jacob S. Siler*
JACOB S. SILER (D.C. Bar No. 1003383)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Facsimile: (202) 616-8460
Email: jacob.s.siler@usdoj.gov

*Counsel for Defendant*